KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
Yong Jie Liu

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-CR-00136-KJM |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SPECIAL CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| Yong Jie Liu, | |
| | Date: n/a |
| | Time: n/a |
| Defendants. | Judge: Honorable Carolyn K. Delaney |

After conferring with Pretrial Services; by stipulation, Defendant seeks to amend provision number 16 of the Court's previously issued Pretrial Release Order issued by the Hon. Carolyn K. Delaney on July 31, 2017. Instead of the former Home Detention requirement, it will be amended to a curfew requirement as follows:

1. 16. ***CURFEW: You must remain inside your residence every day from 10:00pm to 6:00am, at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer.***

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp,

attorney for defendant YONG JIE LIU; that Special Conditions of Release Number 16 be amended as set forth above.

All other terms and conditions of release shall remain in place.

The proposed Amended Special Conditions of Release is attached to this pleading as exhibit A.

IT IS SO STIPULATED.

Dated: October 5, 2017　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　　by:　/s/ Roger Yang
　　　　　　　　　　　　　　　　　　　　　　ROGER YANG
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: October 5, 2017　　　　　　　　　　　　　/s/ Kyle R. Knapp
　　　　　　　　　　　　　　　　　　　　　　　　KYLE KNAPP
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　YONG JIE LIU

**ORDER**

The Stipulation of the parties is hereby accepted and Special Condition of Release number 16 for Mr. Liu is modified to remove the home detention requirement and substitute a curfew requirement.

The new requirement shall read:

16. CURFEW: You must remain inside your residence every day from 10:00pm to 6:00am, at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer.

**IT IS SO ORDERED**.

Dated: October 10, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE