KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
Yong Jie Liu

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Yong Jie Liu,<br><br>Defendants. | No. 17-CR-00136-KJM<br><br>STIPULATION AND<br>ORDER REGARDING SPECIAL<br>CONDITIONS OF PRETRIAL RELEASE<br><br>Date: n/a<br>Time: n/a<br>Judge: Honorable Kendall J. Newman |

After conferring with Pretrial Services; by stipulation, Defendant seeks to remove the drug testing provision (No. 10) of his release conditions contained in his Pretrial Release Order issued by the Hon. Carolyn K. Delaney on July 31, 2017, and modified on October 10, 2017. The Second Amended Conditions of Release are attached as Exhibit A. Mr. Liu has tested clean for the past three months and been in compliance with his release conditions to date.

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant YONG JIE LIU; that drug testing condition of his release be discontinued, and the Second Amended Conditions of Release (Exhibit A) be adopted.

1

All other terms and conditions of release shall remain in place.

IT IS SO STIPULATED.

Dated: November 13, 2017   PHILLIP A. TALBERT
  UNITED STATES ATTORNEY

  by: /s/ Roger Yang
  ROGER YANG
  Assistant U.S. Attorney
  Attorney for Plaintiff

Dated:  November 13, 2017   /s/ Kyle R. Knapp
  KYLE KNAPP
  Attorney for Defendant
  YONG JIE LIU

# ORDER

The Stipulation of the parties is hereby accepted, and the drug testing Special Condition of Release is discontinued. The Second Amended Special Conditions of Release are hereby adopted.

**IT IS SO ORDERED**.

Dated: November 13, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

# SECOND AMENDED SPECIAL CONDITIONS OF RELEASE

**Re: Liu, Yongjie**
**No.: 2:17-cr-00136-KJM-5**
**Date: November 13, 2017**

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You must provide documentation to Pretrial Services from Immigration officials authorizing you to obtain lawful employment in the United States;

10. You must refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

11. You must not associate or have any contact with Leonard Yang or Yichao Chen, or any co-defendants named in your criminal case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

12. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

13. You may not enter a casino or known gambling establishment without the prior approval of the Court;

14. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; and,

15. CURFEW: You must remain inside your residence every day from 10:00pm to 6:00am at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer.

Dated: November 13, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE