KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
Yong Jie Liu

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Yong Jie Liu,<br><br>    Defendants. | No. 17-CR-00136-KJM<br><br>STIPULATION AND<br>ORDER REGARDING SPECIAL<br>CONDITIONS OF PRETRIAL RELEASE<br><br>Date: n/a<br>Time: n/a<br>Judge: Honorable Deborah Barnes |

After conferring with Pretrial Services; by stipulation, Defendant seeks to remove the location monitoring and curfew components of his release conditions contained in his Pretrial Release Order issued by the Hon. Carolyn K. Delaney on July 31, 2017; as modified on October 10, 2017 and again modified on November 13, 2017. The Third Amended Special Conditions of Release are attached as Exhibit A. Mr. Liu has complied with his terms and conditions of release to date.

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp,

1

attorney for defendant YONG JIE LIU; that location monitoring and curfew conditions of his release be discontinued, and the Third Amended Conditions of Release (Exhibit A) be adopted.

All other terms and conditions of release shall remain in place.

IT IS SO STIPULATED.

Dated: February 23, 2018

    McGregor Scott
    UNITED STATES ATTORNEY

by:    /s/ Roger Yang
    ROGER YANG
    Assistant U.S. Attorney
    Attorney for Plaintiff

Dated: February 23, 2018

    /s/ Kyle R. Knapp
    KYLE KNAPP
    Attorney for Defendant
    YONG JIE LIU

**ORDER**

The Stipulation of the parties is hereby accepted, and the location monitoring and curfew conditions are discontinued. All other terms and conditions are to remain in effect. The Third Amended Special Conditions of Release are hereby adopted.

**IT IS SO ORDERED**.

Dated: February 23, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

///

///

///

**THIRD AMENDED SPECIAL CONDITIONS OF RELEASE**

**Re: Liu, Yongjie**
**No.: 2:17-cr-00136-KJM-5**
**Date: February 23, 2018**

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You must provide documentation to Pretrial Services from Immigration officials authorizing you to obtain lawful employment in the United States;

10. You must refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

11. You must not associate or have any contact with Leonard Yang or Yichao Chen, or any co-defendants named in your criminal case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

12. You must report any contact with law enforcement to your pretrial services officer within 24 hours; and,

13. You may not enter a casino or known gambling establishment without the prior approval of the Court.