UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 29, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-0136 DJC-5 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| YONG JIE LIU | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>YONG JIE LIU</u> Case No. <u>2:17-cr-0136 DJC-5</u> Charges <u>18 USC § 3148</u> from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

  x    (Other):Release DELAYED until **10/3/2023 at 11:00 AM**.

Issued at Sacramento, California on September 29, 2023 at 2:16 PM

By: /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney