KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
YONG JIE LIU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YONG JIE LIU,<br><br>　　　　Defendant. | No. 17-CR-00136-DJC<br><br>STIPULATION AND ORDER CONTINUING CASE<br><br>Date:　January 16, 2025<br>Time:　9:00 am.<br>Judge:　Honorable Daniel J. Calabretta |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, Kyle Knapp, attorney for defendant Yong Jie Liu, that the previously-scheduled sentencing hearing, currently set for January 9, 2025, be vacated and that the matter be set for sentencing on January 16, 2025 at 9:00 a.m.

　　　The matter needs to be rescheduled due to the Eastern District Court's closure in observance of a National Day of Mourning for former President James Earl Carter. Counsel have conferred and that date will work for both parties.

　　　//

1

IT IS SO STIPULATED.

Dated: January 3, 2025                                        PHILLIP A. TALBERT
                                                              UNITED STATES ATTORNEY

                                            by:    /s/ Roger Yang
                                                   ROGER YANG
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff


Dated: January 3, 2025                             /s/ Kyle R. Knapp
                                                   KYLE KNAPP
                                                   Attorney for Defendant
                                                   YONG JIE LIU

**ORDER**

The Stipulation of the parties is hereby accepted, and the requested continuance is GRANTED.  This matter shall be dropped from this court's January 9, 2025 calendar and reset for Sentencing on January 16, 2025, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:  January 3, 2025             /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE