|  |  |
|---|---|
| | **FILED** |
| | 1/16/2025 |
| UNITED STATES DISTRICT COURT | CLERK, US DISTRICT COURT |
| EASTERN DISTRICT OF CALIFORNIA | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00136-DJC-5 |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| YONG JIE LIU, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL

This is to authorize and direct you to release <u>YONG JIE LIU</u> – Case No. <u>2:17-cr-00136-DJC-5</u>; Charge <u>21 U.S.C. § 841(a)(1)</u> – from custody for the following reasons:

      _____ Release on Personal Recognizance

      _____ Bail Posted in the Sum of $

      _____ Unsecured Appearance Bond $

      _____ Appearance Bond with 10% Deposit

   **X**   Other:  Defendant sentenced to a term of imprisonment of TIME SERVED. Sacramento County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 1/16/2025 at 10:25 AM.

*Daniel J. Calabretta*

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE