**FILED**
1/16/2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>YONG JIE LIU,<br><br>        Defendant. | Case No. 2:17-cr-00136-DJC-5<br><br>**AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL

This is to authorize and direct you to release <u>YONG JIE LIU</u> – Case No. <u>2:17-cr-00136-DJC-5</u>; Charge <u>21 U.S.C. § 841(a)(1)</u> – from custody for the following reasons:

    ☐ Release on Personal Recognizance

    ☐ Bail Posted in the Sum of $

    ☐ Unsecured Appearance Bond $

    ☐ Appearance Bond with 10% Deposit

    **X** Other: Defendant sentenced to a term of imprisonment of TIME SERVED. Yuba County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 1/16/2025 at 10:25 AM.

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE